Signed: June 23, 2010

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

ROBERT S. LAMPL, ESQ.
LAW OFFICE OF ROBERT S. LAMPL
A Professional Law Corporation
21031 Ventura Blvd., 12th Floor
Woodland Hills, CA 91364
Tel: (818) 226-5662
Fax: (818) 226-5671
State Bar No. 82201

Attorney for Plaintiff

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | ) BANKRUPTCY NO. 09-13940 |
| THOMAS J. GRIFFIN, SR. and MARILYN L. GRIFFIN, | ) CHAPTER 7 |
| Debtor. | ) ADVERSARY NO. 10-01038 |
| CHASE BANK USA, N.A., | ) |
| Plaintiff, | ) ORDER OF DISMISSAL |
| v. | ) DATE: JUNE 28, 2010 ) TIME: 2:00 P.M. |
| THOMAS J. GRIFFIN, SR., | ) CTRM: SANTA ROSA COURTROOM |
| Defendant. | ) |

PURSUANT TO THE STIPULATION OF THE PARTIES HEREIN, IT IS HEREBY ORDERED AND ADJUDGED that the Adversary proceeding is hereby dismissed with prejudice pursuant to the parties' Stipulation for Dismissal filed herein as DOCUMENT NUMBER 7.

-1-

1    The above-referenced action was settled for the sum of
2    $3,100.00 paid by Defendant to Plaintiff herein.

4    ###